IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LEROY DUPREE                          :        CIVIL ACTION
                                      :
                                      :
                                      :        NO.  06-CV-01135
        vs.                           :
                                      :
                                      :
JO ANNE BARNHART                      :
Commissioner of Social Security       :


O R D E R


        AND NOW, this 15th day of March, 2007, no objections to the Report and

Recommendation of Chief United States Magistrate Judge Charles B. Smith having been filed, it is

hereby ORDERED that:


        1.  The Report and Recommendation of the Chief United States Magistrate Judge dated

February 21, 2007 is APPROVED and ADOPTED;

        2.  The Plaintiff's Request for Review is DENIED.


                                BY THE COURT:




                                 /s/ Thomas M. Golden
                                THOMAS M. GOLDEN, J.